spects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiff was sustained.

No. 65852.—L. Batlin & Son, Inc. v. United States, protests 60/29167, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of chinaware miniature tea sets the same in all material respects as those the subject of *B. Shackman & Co.* and *S. Stern Henry & Co.* v. *United States* (28 Cust. Ct. 298, C.D. 1426), the claim of the plaintiff was sustained.

No. 65853.—A. V. Olsson Trading Co. and Alfred H. Marzolf et al. v. United States, protests 60/4596, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

No. 65854.—A. V. Olsson Trading Co., Inc. v. United States, protest 60/25169 (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D 733), the claim of the plaintiff was sustained.

No. 65855.—S. L. Jones & Company v. United States, protest 272305–K (Portland, Oreg.).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65856.—S. L. Jones & Company v. United States, protests 279607–K, 279608–K, and 279610–K (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.